UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :
:
v. : Crim No. 06-278 (WHW)
:
ALI DIGGS, : ORDER FOR CONTINUANCE
a/k/a "Naafi Diggs" :
:
:

This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey (Joseph Mack, Assistant U.S. Attorney, appearing), and defendant ALI DIGGS, a/k/a "Naafi Diggs" (David Holman, Assistant Federal Public Defender, appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have the matter presented at trial within seventy (70) days of his Indictment; and the parties having been engaged in plea negotiations; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter the plea in Court, which would thereby render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, it is on this 4 day of May 2008,

ORDERED that the proceedings in the above-captioned matter are continued from May 23, 2008 until July 23, 2008; and

IT IS FURTHER ORDERED that the period between May 23, 2008 and July 23, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
Hon. William H. Walls
United States District Judge

_____
David Holman, AFPD
Attorney for Ali Diggs, a/k/a "Naafi Diggs"

Date: 5/19/08